UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JHONNY JESUS GODOY-PERAZA,

      Petitioner,

                                  Case No. 25-14214
                           U.S. DISTRICT COURT JUDGE
                                  GERSHWIN A. DRAIN

v.

KEVIN RAYCRAFT, *et al.*,

      Respondents.

_____/

**ORDER DIRECTING CLERK OF COURT TO SERVE PETITIONER JHONNY JESUS GODOY-PERAZA'S PETITION FOR WRIT OF HABEAS CORPUS ON RESPONDENTS AND REQUIRING RESPONSE FROM RESPONDENTS WITHIN FOURTEEN DAYS OF RECEIPT OF SERVICE**

On December 31, 2025, Petitioner Jhonny Jesus Godoy-Peraza filed a Petition for Writ of Habeas Corpus in this Court. The rules governing habeas petitions provide that, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner. If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order. In every case, the

clerk must serve a copy of the petition and any order on the respondent[.]" *See* Rules Governing § 2254 Cases, Rule 4, 28 U.S.C. § 2254.[1]

Here, it does not plainly appear from the face of the petition that Godoy-Peraza is not entitled to relief in the district court. Accordingly, the Clerk of Court is directed to serve Godoy-Peraza's habeas petition and the present order on all Respondents named in Godoy-Peraza's petition. Furthermore, Respondents are ordered to respond to Godoy-Peraza's petition within fourteen days of receipt of service.

SO ORDERED.

Dated: March 3, 2026                                        /s/Gershwin A. Drain
                                                            GERSHWIN A. DRAIN
                                                            United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 3, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager

---

[1] While Godoy-Peraza brings this petition under § 2241 and not § 2254, "the rules governing § 2254 cases may be applied at the discretion of the district court judge in habeas petitions not brought under § 2254." *Perez v. Hemingway*, 157 F. Supp. 2d 790, 796 (E.D. Mich. 2001); *see also* Rules Governing § 2254 Cases, Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a).").